[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14497
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cv-02463-JEC


CARMEN D. STEPHENS,

Plaintiff - Appellant,

versus

CITIMORTGAGE, INC.,
CITIBANK, N.A.,
MERSCORP, INC.,
(As successor by merger with Mortgage
Electronic Registration Systems, Inc.),
PHELAN HALLINAN & JONES, LLC,

Defendants - Appellees.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(July 21, 2014)

Before TJOFLAT, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

We affirm the District Court's judgment of September 23, 2013, granting the defendants' motions to dismiss because, as the District Court stated, plaintiff failed to file a response contesting the motions.  Doc. 10.

AFFIRMED.